# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Tellier, Bryon | Docket No. | 0980 2:20MJ00138-JTR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bryon Tellier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 4th day of May 2020 under the following conditions:

**Standard Condition #2:** Defendant shall immediately advice the court, defense counsel and the U.S. Attorney in writing before in any change in address and telephone number.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Bryon Tellier allegedly aborted inpatient substance abuse treatment at Spokane Addiction and Recovery Center (SPARC) on May 13, 2020.

On May 1, 2020, Mr. Tellier appeared before the Court for a detention review hearing. The Court ordered Mr. Tellier to be released from custody to inpatient substance abuse treatment at SPARC on May 4, 2020.

On May 4, 2020, Mr. Tellier entered inpatient substance abuse treatment at SPARC. The undersigned officer and Mr. Tellier exchanged voice mail messages through SPARC on May 4, 2020, which confirmed he was at that facility.

On May 13, 2020, at 11:35 a.m., defense counsel and Mr. Tellier's counselor at SPARC, contacted the undersigned officer. The counselor advised that Mr. Tellier left the SPARC facility with a female on May 13, 2020, in between 8:30 a.m. and 9:30 a.m., and had not yet returned. It appears Mr. Tellier did not have permission from staff at SPARC to leave the facility.

Defense counsel advised Mr. Tellier had not made contact and his whereabouts are unknown.

It appears Mr. Tellier has aborted inpatient substance abuse treatment and his whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: May 13, 2020 |
| | by | s/Erik Carlson |
| | | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Tellier, Bryon**
**May 13, 2020**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer
John T. Rodgers
United States Magistrate Judge

Date   5-13-2020